■ VALERIE REUMAN, as Parent and Natural Guardian of HANNAH FINCH, an Infant, Respondent, v HONEOYE FALLS LIMA CENTRAL SCHOOL DISTRICT, Appellant. [987 NYS2d 279]—Appeal from an order of the Supreme Court, Monroe County (J. Scott Odorisi, J.), entered March 12, 2013. The order denied defendant's motion for summary judgment dismissing plaintiff's amended complaint.

Now, upon the stipulation discontinuing action signed by the attorneys for the parties on March 18, 2014, and filed in the Monroe County Clerk's Office on May 8, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Peradotto, Valentino and DeJoseph, JJ.

■ In the Matter of MICHAEL RAMSEY, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [987 NYS2d 279]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered February 4, 2013 in a CPLR article 78 proceeding. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, Carni, Whalen and DeJoseph, JJ.

■ SHIRLEY WEST, as Executrix of WILLIAM H. WEST, Deceased, Respondent, v CAROUSEL FOOD SERVICE, INC., et al., Appellants, et al., Defendants. [987 NYS2d 278]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (John A. Michalek, J.), entered March 14, 2013. The order and judgment, among other things, granted plaintiff's motion for partial summary judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Centra, Carni, Whalen and DeJoseph, JJ.